# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **ISAAC HANSON,** individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**FIDELITY & GUARANTY LIFE INSURANCE COMPANY,**<br><br>        Defendant. | Case No. 4:2023-cv-00294<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice that this action is voluntarily dismissed against Defendant Fidelity & Guaranty Life Insurance Company. Defendant Fidelity & Guaranty Life Insurance Company has not served an answer or motion for summary judgment in this action.

Dated: August 22, 2023           Respectfully Submitted,

*/s/ Tim Semelroth*

Tim Semelroth
tsemelroth@fightingforfairness.com
**RSH LEGAL**
425 Second Street SE, Suite 1140
Cedar Rapids, IA 52401
T: 319-365-9200
F: 319-365-1114

John A. Yanchunis*
JYanchunis@forthepeople.com
Ra O. Amen*

Ramen@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street 7th Floor
Tampa, Florida 33602
T: (813) 223-5505
F: (813) 223-5402

*Pro hac vice forthcoming*

*Counsel for Plaintiff and the Class*